Robert M. Galvin (SBN 171508)
 robert.galvin@wilmerhale.com
Alexis J. Pfeiffer (SBN 312007)
 alexis.pfeiffer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6110
Fax: (650) 858-6100

Attorneys for Applicant
AKEBIA THERAPEUTICS, INC.

RECEIVED
SEP 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SVK

Cv-19 80225MISC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* Application Pursuant to 28 U.S.C. § 1782 of AKEBIA THERAPEUTICS, INC., <br><br> Applicant, <br><br> to take discovery of <br><br> DR. LEE FLIPPIN, <br><br> Respondent. | Miscellaneous Case No. 19-mc-80225 <br><br> [~~PROPOSED~~] ORDER GRANTING AKEBIA THERAPEUTICS, INC.'S APPLICATION FOR AN *EX PARTE* ORDER DIRECTING DR. LEE FLIPPIN TO PROVIDE TESTIMONY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 |

Applicant Akebia Therapeutics, Inc. ("Akebia") has submitted its request for an *ex parte* order authorizing service of a subpoena on Respondent, Dr. Lee Flippin ("Dr. Flippin"), pursuant to 28 U.S.C. § 1782. The Canadian Federal Court has requested the assistance of the U.S. Courts in this matter by issuing a Letter of Request.

Having considered the Letter of Request issued by the Canadian Federal Court, the statutory requirements for granting Section 1782 discovery assistance, and the discretionary factors set forth by the United States Supreme Court in *Intel Corp. v. Advances Micro Devices,*

*Inc.*, 542 U.S. 241 (2004) and its progeny, this Court finds that Akebia's request for discovery assistance should be granted.

IT IS HEREBY ORDERED THAT:

Akebia's *ex parte* application for an order authorizing service of a subpoena on Dr. Flippin is GRANTED. Akebia is authorized to serve a subpoena upon Dr. Flippin forthwith seeking testimony under oath or affirmation with respect to Dr. Flippin's involvement in the subject matter of Canadian Patent Nos. 2,468,083 and 2,467,689. The examination will be conducted in accordance with the Federal Court Rules of Canada. Upon completion of service, Akebia shall file a completed proof of service form showing that service of the subpoena has been completed.

**IT IS SO ORDERED.**

Dated: September 24, 2019

_____
United States ~~District~~ Magistrate Judge